**SEALED**

1  BENJAMIN B. WAGNER
   United States Attorney
2  LEE S. BICKLEY
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2727



FILED
OCT 26 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )  NO.
                                   )     2:12-MJ--278  DAD
          Plaintiff,               )
     v.                            )  SEALING ORDER
                                   )
SHAY DIN ALTIT,                    )
                                   )
          Defendant.               )
                                   )
_____)

   Upon application of the United States of America and good cause having been shown,

   IT IS HEREBY ORDERED that the complaint, arrest warrant, and accompanying affidavit in the above-captioned case shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court.

Date: 10/26/12

_____
DALE A. DROZD
United States Magistrate Judge